UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, <br><br> Plaintiff(s), <br><br> vs. <br><br> JIMMY LEE, et al., <br><br> Defendant(s). | Case No. 2:14-cv-01797-JCM-NJK <br><br> ORDER <br><br> (Docket No. 60) |

Pending before the Court is a stipulation to extend the deadline to amend the pleadings or add parties. Docket No. 60. The Court previously denied that request because the parties failed to show excusable neglect. *See* Docket No. 59. The pending stipulation indicates that excusable neglect exists because the parties misinterpreted the applicable local rule as applying only to discovery-related deadlines. *See* Docket No. 60 at 3. Generally speaking, misinterpretation of an applicable rule does not constitute excusable neglect. *See, e.g.*, *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. Partnership*, 507 U.S. 380, 392 (1993) ("inadvertence, ignorance of the rules, or mistakes construing the rules do not generally constitute 'excusable' neglect"). Nonetheless, as a one time courtesy to the parties, the Court will **GRANT** the pending stipulation and **EXTEND** the deadline to amend the pleadings or add parties to November 1, 2015.

IT IS SO ORDERED.

DATED: June 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge