# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY,<br><br>        Plaintiff(s),<br><br>vs.<br><br>JIMMY LEE, et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-01797-JCM-NJK<br><br>ORDER<br><br>(Docket Nos. 82, 86, 87) |

Pending before the Court is the Lee Parties' motion to seal. Docket No. 82. Having met-and-conferred, the parties now agree that sealing is not proper and have moved to unseal the documents. Docket No. 87. Accordingly, the motion to seal at Docket No. 82 is **DENIED** and the motion to unseal at Docket No. 87 is **GRANTED**. The Clerk's Office is **INSTRUCTED** to unseal the documents filed at Docket No. 81.

The motion to withdraw the motion to seal (Docket No. 86) is **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 13, 2016

                                                                         _____
                                                                         NANCY J. KOPPE
                                                                         United States Magistrate Judge