JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
AMANDA L. STEVENS
Nevada Bar No. 13966
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
AStevens@BaileyKennedy.com

*Attorneys for Defendants/Counterclaimants*
*Jimmy Lee; Wealth Consulting Group, LLC;*
*The Wealth Consulting Group LLC; and*
*Kaizen Consultants LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY; AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>PLAINTIFFS,<br><br>VS.<br><br>JIMMY LEE, AN INDIVIDUAL; JOHN (A/K/A JACK) EWING, AN INDIVIDUAL; KARIN METCALF, AN INDIVIDUAL; WEALTH CONSULTING GROUP, LLC; THE WEALTH CONSULTING GROUP LLC; AND KAIZEN CONSULTANTS LLC,<br><br>DEFENDANTS. | Case No.:  2:14-cv-01797-JCM-NJK<br><br>**THE LEE PARTIES' MOTION TO WITHDRAW RUSSELL J. BURKE AS COUNSEL OF RECORD** |
| JIMMY LEE, an individual; WEALTH CONSULTING GROUP, LLC; THE WEALTH CONSULTING GROUP LLC; KAIZEN CONSULTANTS LLC; JOHN (A/K/A JACK) EWING, AN INDIVIDUAL; AND KARIN METCALF, AN INDIVIDUAL,<br><br>COUNTERCLAIMANTS,<br><br>VS.<br><br>NEW ENGLAND LIFE INSURANCE COMPANY,<br><br>COUNTERDEFENDANT. | |

Page **1** of **3**

Pursuant to LR IA 10-6(B), Defendants/Counterclaimants Jimmy Lee ("Mr. Lee"), Wealth Consulting Group, LLC ("Wealth Consulting Group"), The Wealth Consulting Group LLC ("The Wealth Consulting Group"), and Kaizen Consultants LLC ("Kaizen") (collectively, the "Lee Parties"), respectfully move the Court for leave to withdraw Russell J. Burke as attorney in this case, stating as follows:

1. As of January 1, 2015, Russell J. Burke was no longer employed by Bailey❖Kennedy.

2. Attorneys John R. Bailey; Joshua M. Dickey; Paul C. Williams; and Amanda L. Stevens of Bailey❖Kennedy will continue representing the Lee Parties in this case, as indicated on the above caption.

3. Notice of the withdrawal of attorney Russell J. Burke has been provided to the Lee Parties and, as stated in the certificate of service, to opposing counsel.

4. The withdrawal of attorney Russell J. Burke shall not cause any delay of pretrial proceedings, discovery, the trial, or any hearing in this case.

WHEREOF, Bailey❖Kennedy respectfully moves the Court for leave to withdraw Russell J. Burke as attorney in this case.

DATED this 9th day of May, 2016.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
JOHN R. BAILEY
JOSHUA M. DICKEY
PAUL C. WILLIAMS
AMANDA L. STEVENS

*Attorneys for Defendants/ Counterclaimants Jimmy Lee; Wealth Consulting Group, LLC; The Wealth Consulting Group LLC; and Kaizen Consultants LLC*

IT IS SO ORDERED.
Dated: May 9, 2016

_____
United States Magistrate Judge