UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, <br><br> Plaintiff(s), <br><br> vs. <br><br> JIMMY LEE, et al., <br><br> Defendant(s). | Case No. 2:14-cv-01797-JCM-NJK <br><br> ORDER <br><br> (Docket No. 111) |

Pending before the Court is a stipulation to stay the deadline to respond to counterclaims. Docket No. 111. The Court has already extended this deadline twice, and declines to vacate the deadline altogether at this time. Instead, the Court will extend the deadline to August 5, 2016. The Court expects that this is ample time for the parties to finalize a settlement agreement, especially given the extensions already granted. Accordingly, the pending stipulation is **GRANTED** in part and **DENIED** in part as outlined above.

IT IS SO ORDERED.

DATED: July 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge