Anthony L. Hall, Esq.
ahall@hollandhart.com
Nevada Bar No. 5977
Joseph G. Went, Esq.
jgwent@hollandhart.com
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel. (702) 669-4600
Fax (702) 669-4650

And

Joseph C. O'Keefe, Esq. (*pro hac vice*)
jokeefe@proskauer.com
Nicole Eichberger, Esq. (*pro hac vice*)
neichberger@proskauer.com
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102-5211
Tel. (973) 274-3200
Fax (973) 274-3299

*Attorneys for Plaintiffs/Counterdefendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>JIMMY LEE, an individual, JOHN (a/k/a JACK) EWING, an individual, KARIN METCALF, an individual, WEALTH CONSULTING GROUP, LLC, THE WEALTH CONSULTING GROUP LLC, and KAIZEN CONSULTANTS, LLC,<br><br>Defendants. | Case No. 14 CV 01797(JCM)(NJK)<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

| |
|---|
| JIMMY LEE, an individual, WEALTH CONSULTING GROUP, LLC; THE WEALTH CONSULTING GROUP LLC; KAIZEN CONSULTANTS LLC, |
| Counterclaimants, |
| vs. |
| NEW ENGLAND LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, |
| Counterdefendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rule 7-1, Plaintiffs/Counterdefendants New England Life Insurance Company ("NELICO"), and Metropolitan Life Insurance Company ("MetLife"); Defendants/Counterclaimants Jimmy Lee ("Lee"), Wealth Consulting Group, LLC ("WCG"), The Wealth Consulting Group LLC ("TWCG"), and Kaizen Consultants LLC ("Kaizen") (collectively, the "Lee Parties"); Defendant/Counterclaimant John (a/k/a Jack) Ewing ("Ewing"); and Defendant/Counterclaimant Karin Metcalf ("Metcalf"), through their respective counsel, hereby stipulate and agree that this matter shall be dismissed in its entirety, with prejudice. Each side to bear its own costs and attorneys' fees.

DATED this 7th day of September, 2016.

Proskauer Rose LLP

By: *s/ Joseph C. O'Keefe*
Joseph C. O'Keefe, Esq. (*pro hac vice*)
Nicole A. Eichberger, Esq. (*pro hac vice*)
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
(973) 274-3200

- and -

Anthony L. Hall, Esq.
Nevada Bar No. 5977
Joseph G. Went, Esq.
Nevada Bar No. 9220
Holland & Hart LLP

**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102-5211
Tel. (973) 274-3200
Fax (973) 274-3299

Nevada Bar No. 11066
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs/Counterdefendants
New England Life Insurance Company and
Metropolitan Life Insurance Company*

DATED this 7th day of September, 2016.

BAILEY✦KENNEDY

By: *s/ Joshua M. Dickey*
JOHN R. BAILEY
JOSHUA M. DICKEY
PAUL C. WILLIAMS
AMANDA L. STEVENS
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants/Counterclaimants
Jimmy Lee; Wealth Consulting Group, LLC;
The Wealth Consulting Group LLC; and
Kaizen Consultants LLC*

DATED this 7th day of September, 2016.

JAMES KWON, LLC

By: *s/ James W. Kwon*
JAMES W. KWON
5808 Spring Mountain Road
Suite 107
Las Vegas, Nevada 89146
*Attorneys for Defendants/Counterclaimants
John aka Jack Ewing and Karin Metcalf*

IT IS SO ORDERED September 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

 Pursuant to Fed. R. Civ. P. 5(d), I hereby certify that on the 7th day of September, 2016, I served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AS AGAINST LEE DEFENDANTS, EWING, AND METCALF AND ALL COUNTERCLAIMS AS AGAINST PLAINTIFFS/COUNTERDEFENDANTS** by ECF on all counsel of record.

DATED this 7th day of September, 2016.

            PROSKAUER ROSE, LLP


            */s/ Joseph C. O'Keefe*
            Anthony L. Hall, Esq.
            Nevada Bar No. 5977
            ahall@hollandhart.com
            Joseph G. Went, Esq.
            Nevada Bar No. 9220
            jgwent@hollandhart.com
            HOLLAND & HART LLP
            9555 Hillwood Drive, 2nd Floor
            Las Vegas, Nevada 89134

            -and-

            Joseph C. O'Keefe, Esq. (*pro hac vice*)
            jokeefe@proskauer.com
            Nicole A. Eichberger, Esq. (*pro hac vice*)
            neichberger@proskauer.com
            PROSKAUER ROSE LLP
            One Newark Center
            Newark, NJ  07102-5211

            *Attorneys for Plaintiffs/Counterdefendants*
            *New England Life Insurance Company and*
            *Metropolitan Life Insurance Company*

**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102-5211
Tel. (973) 274-3200
Fax (973) 274-3299